UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEL-STATE BULK PLANT, LLC
d/b/a PEL-STATE SERVICES

VERSUS

UNIFIRST HOLDINGS, INC., ET AL.

CIVIL ACTION

NO. 14-265-SDD-RLB

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 14, 2015. Defendants have filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's *Motion to Remand*[4] shall be GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on February 12, 2015.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 30.
[3] Rec. Doc. 31.
[4] Rec. Doc. 11.